**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION** |
| | **:** | **No. 18-458** |
| **JAMES HILL** | **:** | |
| | **:** | |

---

## ORDER

This 1st day of December, 2020, after consideration of Defendant's Pro Se Motion for

Reconsideration of Sentence (ECF No. 56) it is hereby **ORDERED** that the motion is **DENIED**.

 /s/ Gerald Austin McHugh
United States District Judge

1