**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **No. 18-458** |
| **JAMES HILL** | : | |
| | : | |

**ORDER**

This 29th day of October, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Pro Se Renewed Motion for Compassionate Release, ECF No. 65, is **DENIED**.

                                                  /s/ Gerald Austin McHugh
                                               United States District Judge