# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES HILL,** | : | **CIVIL ACTION** |
| Movant/Defendant, | : | No. 23-810 |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 18-458 |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

# ORDER

This 6th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence, ECF 77, is **DENIED**.   No certificate of appealability shall issue.

    s/ Gerald Austin McHugh
United States District Judge